**JS-6**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| Case No. | 2:20-cv-06645-ODW-(PVCx) | Date | August 17, 2020 |
|---|---|---|---|
| Title | *Carmen John Perri v. Cal World El Monte, LLC et al* | | |

| Present: The Honorable | Otis D. Wright II, United States District Judge | | |
|---|---|---|---|
| Sheila English | Not reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not present | Not present |

**Proceedings (In Chambers):**

On August 8, 2020, the Court ordered Plaintiff to show cause why the Court should exercise supplemental jurisdiction. The order stated that failure to respond may result in dismissal of the entire action without prejudice. As Plaintiff failed to respond to the Court's OSC, Plaintiff's case is **DISMISSED WITH PREJUDICE** in its entirety. The Clerk of Court shall close this case.

**IT IS SO ORDERED.**

: 00

Initials of Preparer   SE